**Denied and Opinion Filed January 31, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00528-CV**

**IN RE AMY HAGEN, Relator**

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54042-2016**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

In this original proceeding, relator challenges the trial court's orders granting

Father's application for a writ of habeas corpus under Chapter 157 of the Texas

Family Code for the return of the child. *See* TEX. FAM. CODE §§ 157.371-.376.

Entitlement to mandamus relief requires relator to show that the trial court clearly

abused its discretion and that she lacks an adequate appellate remedy. *In re*

*Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition for writ of mandamus, real party in interest's

response, relator's reply, and the record, we conclude that relator has failed to show

her entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition.

210528f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE